UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCISCO J. MALDONADO,

               Petitioner,

     v.

MAGGIE MILLER-STOUT,

               Respondent.

Case No. C08-5114RJB-KLS

ORDER ADOPTING
REPORT AND
RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Strombom.  Dkt. 12.  No objections were filed to the Report and Recommendation.  The court has considered the relevant documents and the remainder of the file herein.

Therefore, it is hereby

**ORDERED** that the Report and Recommendation of Judge Strombom is **ADOPTED**.  Pursuant to 28 U.S.C. § 2244(a), § 2244(b)(3)(A), and Ninth Circuit Rule 22-3(a), the petitioner's current petition shall be transferred to the Ninth Circuit Court of Appeals as a second or successive petition.  This case is administratively closed in accordance with the findings contained in the Report and Recommendation of Magistrate Judge Strombom.  Dkt. 12.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of April, 2008.

Robert J. Bryan
United States District Judge

ORDER
Page - 1